IT IS ORDERED AND NOTICE IS GIVEN that unless within 22 days of the date in the FILED stamp above an interested party: (1) files a written objection to the motion below, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401, and (2) serves the objection on the trustee and any attorney for the trustee at the service address(es) below, the trustee will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re ) | |
| ) | |
| ) | |
| ) | |
| Debtor(s) ) | Case No._____ |
| ) | |
| ) | Adv. Proc. No._____ |
| ) | |
| ) | MOTION AND NOTICE OF INTENT |
| ) | TO SETTLE AND COMPROMISE |
| Plaintiff(s) ) | ADVERSARY PROCEEDING, |
| ) | **AND ORDER THEREON** |
| V. ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

The undersigned trustee, _____, moves to settle and compromise the above adversary proceeding upon the following terms:

###

DATE: _____  _____
Trustee

Service Address: _____

_____

Name of Attorney for Trustee: _____

Service Address: _____

_____